## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Docket No.

| | |
|---|---|
| JANICE E. LANG, | ) |
| Plaintiff, | ) *MJ-new* |
| | ) |
| v. | ) |
| | ) |
| JOHN E. POTTER, Postmaster General, | ) |
| Defendant. | ) |
| | ) |

05 10052 WGY

RECEIPT # 61328
AMOUNT $150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. Fowl
DATE 1/10/05

## VERIFIED COMPLAINT AND JURY DEMAND

### INTRODUCTION

1.    Janice Lang ("Lang" or "Plaintiff") files this Complaint on the basis of her gender and age against her current employer, the United States Postal Service ("USPS" or "Defendant"), arising from the Defendant's failure to promote Lang to the position of labor relations specialist on two occasions in 2003, violating Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act ("ADEA").

### PARTIES

2.    Lang is a resident of the Commonwealth of Massachusetts with a current address of 431 Forest Hill Street, Dunstable, MA 01827.

3.    USPS is an employer pursuant to the Title VII and the ADEA. For all relevant purposes, Lang was employed at the North Reading facility of the USPS.

## JURISDICTION

4.     Plaintiff has fully complied with the USPS internal administrative requirements associated with discrimination complaints. Plaintiff received her Notice of Final Decision on or about November 2, 2004. Plaintiff has filed her civil action within 90 calendar days of receipt of the USPS' Notice of Final Agency Decision. Jurisdiction is conferred upon this court pursuant to 42 U.S.C. 2000e-5(f)(3).

## RELEVANT FACTS

5.     Lang is 63 years old, with a date of birth of October 6, 1941. At the time of her application for the labor relations specialist position, she was 61 years old.

6.     Lang has been employed with the USPS since 1984.

7.     In 2003, Lang held the position of human resource specialist, level EAS-15. Lang held this position since 1992.

8.     Lang applied for the labor relations specialist position (career ladder 17/19) in or about April, 2003.

9.     Lang was well qualified for the position based upon her USPS experience, her performance to date, and her education, including obtaining her law degree in 2000.

10.     On or about May 1, 2003 Lang was interviewed for the position by Mark Persson, ("Persson") manager, labor relations and David Couture, manager, human resources.

11.     Despite being advised by Persson that she did "very good" in the interview, Lang was not selected for the position at that time.

2

12.     As reasons for the denial, Lang was informed by Persson that she did not have the proper experience, that they were looking for someone with advocacy training who could "walk" right into the job.

13.     On or about May 27, 2003, the position was re-posted, but now on a nation-wide basis.

14.     When re-posted, the position requirements were modified, lessening the standards and qualifications required for the position.

15.     In September, 2003, Lang was initially interviewed for the re-posted position by a review board. She was later notified that she would receive a second interview for the labor relations specialist position in October, 2003.

16.     On or about October 8, 2003, Lang was interviewed by Persson, Peter Attridge, and Steve Meier, both labor relations specialists.

17.     On or about October 14, 2003, Persson informed Lang that despite doing well on her interview, another candidate, Ralph DiVasta, was selected for the position.

18.     At the time of the interview process, DiVasta was 39 years of age. His date of birth was May 31, 1964.

19.     DiVasta, at the time of his application and interview, did not possess any advocacy training.

20.     At the time of their respective applications, Lang had greater qualifications than DiVasta.

21.     At the time of the position posting, all of the labor relations specialist positions in the Massachusetts District were held by males.

3

**WHEREFORE**, Plaintiff requests this Honorable Court to award damages as follows:

Under Count I, the Plaintiff seeks damages including, but not limited to, lost wages, lost benefits, front pay, emotional distress, punitive damages, attorney's fees and costs and other compensatory and equitable damages.

Under Count II, the Plaintiff seeks damages including, but not limited to, lost wages, lost benefits, front pay, emotional distress, punitive damages, attorney's fees and costs and other compensatory and equitable damages.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.**

The Plaintiff, Janice Lang
By her attorney,

GARY H. GOLDBERG, ESQ.
120 Main Street
Worcester, MA 01608
(508) 797-1018
BBO #553 887

Dated: December 20, 2004

5

## **VERIFICATION OF COMPLAINT**

I, Janice Lang, am the Plaintiff in this action and I am familiar with the subject matter of this action. I have read the factual allegations set forth herein and believe the same to be true except as those stated to be upon information and belief and to the extent I believe the same to be true.

Janice Lang

COMMONWEALTH OF MASSACHUSETTS

Middlesex County, ss.:                                          December _27_ , 2004

On this _27_ day of December, 2004, before me, the undersigned notary public, personally appeared, Janice Lang, Plaintiff in this action, and proved to me through satisfactory evidence of identification, which was a current document issued by a federal or state government agency bearing the photographic image of the Principal's face and signature, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the content s of the document are true except such facts as may be stated to be alleged information and belief and as to those she believes them to be true.

Subscribed and sworn to before me this _27_ day of December, 2004.

Notary Public
My Commission Expires: _____

DESEY CHUI
Notary Public
Commonwealth of Massachusetts
My Commission Expires June 2, 2011

6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)___*Lang   v.   Porter,*___

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ⧸    II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases

    ___    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

    ___    IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.    **05 1005**

    ___    V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    ___*None*___

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES    (**NO**)

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES    (**NO**)

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES    NO

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES    (**NO**)

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    (**YES**)    NO

    A.    If yes, in which division do all_ of the non-governmental parties reside?

        Eastern Division    Central Division    Western Division

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division    Central Division    Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES    (**NO**)

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___*Gary H Goldberg*___

ADDRESS ___*120 Main St*___

TELEPHONE NO. ___*Worcester MA 01608*___

(Coversheetlocal.wpd - 10/17/02)

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*Janice E. Lang*

## DEFENDANTS
*John Potter, Postmaster General*

**(b)** County of Residence of First Listed Plaintiff *Middlesex*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*Gary H. Goldberg  508·797-1018*
*120 main St., Worcester MA 01608*

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☑ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☑ 442 Employment | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Security Act | ☐ 871 IRS – Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | | | Under Equal Access |
| | Employment | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

*PERSONAL INJURY (second column):*
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*Title VII; ADEA*
Brief description of cause:
*Failure to promote — sex and age*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE *1/5/05*
SIGNATURE OF ATTORNEY OF RECORD
*Gary H. Goldberg*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____