UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE LANG,<br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Docket No. 05-10052-WGY<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 16.1(D)(3)

Defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that it has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| UNITED STATES POSTAL SERVICE<br>By its attorney,<br><br>ANNA V. CRAWFORD, ESQ.<br><br><br>By: *Anna V. Crawford*<br>    Anna V. Crawford<br>    Attorney<br>    United States Postal Service/NEA Law Office<br>    8 Griffin Road North<br>    Windsor, CT 06006-0170<br>    (860) 285-7309<br>Dated: April 19, 2005 | UNITED STATES OF AMERICA,<br>By its attorney,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: *Damian W. Wilmot*<br>    Damian W. Wilmot<br>    Assistant U.S. Attorney<br>    1 Courthouse Way., Ste 9200<br>    Boston, MA  02210<br>    (617) 748-3398 |