UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JANICE LANG,                        )
      Plaintiff,                    )
                                    )
v.                                  ) Docket No. 05-10052-WGY
                                    )
JOHN E. POTTER, POSTMASTER GENERAL, )
UNITED STATES POSTAL SERVICE,       )
      Defendant.                    )
_____)

## PROPOSED JOINT RULE 16.1 STATEMENT

The parties in this action submit the following Proposed Joint Statement pursuant to Local Rule 16.1 and the Court's Order.

1. **Proposed Discovery Plan**:

    a.  Automatic disclosure statements and discovery shall be served on or before May 23, 2005;

    b.  All discovery shall be completed by December 30, 2005;

    c.  Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by June 9, 2005;

    d.  A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

2. **Number of Depositions**

    a.  The plaintiff intends to take written discovery and depose any fact witnesses identified by the defendant. In addition, plaintiff anticipates

       that she will depose Mark Persson, David Couture, Peter Attridge, Steve Meier, and Ralph Devasta.

  b.    Defendant intends to depose plaintiff and any witnesses she identifies as to her damages. The defendant may depose any fact witnesses that are no longer employees of the defendant. Since no discovery has yet occurred, the Defendant cannot identify possible deponents with greater specificity at this time.

## 2. Consent to Trial By Magistrate

  a.    The plaintiff does not consent to a trial by Magistrate in this case.

  b.    The defendant does not consent to a trial by Magistrate in this case.

## 3. Proposed Schedule for Motions

  a.    All dispositive motions are to be filed by February 28, 2006; and any oppositions to such motions are to be filed within thirty days of receipt of the motion.

## 4. Designation of Experts

  a.    Expert witnesses shall be identified by the parties by October 10, 2005.

  b.    If necessary, the opposing party shall have thirty days after the designation of the expert in which to designate its own expert.

    c.    If necessary, expert interrogatories shall be served within thirty days following the opposing party's disclosure of expert witnesses.

5. **Final Pre-Trial Conference**

    a.    The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

Respectfully submitted,

| | |
|---|---|
| JANICE LANG, | JOHN E. POTTER, Postmaster General, |
| By her Attorney, | By his Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Gary H. Goldberg (m)<br>Gary H. Goldberg, Esq.<br>120 Main Street<br>Worcester, MA 01608<br>(508) 797-1018 | /s/ Damian W. Wilmot<br>Damian W. Wilmot<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02110<br>(617) 748-3398 |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                      Boston, Massachusetts
                                  April 20, 2005

    I, Damian Wilmot, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon counsel of record, Gary H. Goldberg, 120 Main Street, Worcester, MA 01608.

/s/ Damian W. Wilmot
Damian W. Wilmot
Assistant U.S. Attorney

**LOCAL RULE 7.1 CERTIFICATION**

    I, Damian Wilmot, Assistant United States Attorney, do hereby state that on April 19, 2005, I spoke with Attorney Goldberg and he assented to me signing his name to this Proposed Joint Rule 16.1 Motion.

                                            _____
                                            Damian W. Wilmot
                                            Assistant U.S. Attorney