UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-10052-WGY

|  |  |
|---|---|
| JANICE E. LANG, | ) |
|         Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| JOHN E. POTTER, Postmaster General, | ) |
|         Defendant. | ) |
|  | ) |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

Plaintiff hereby certifies, pursuant to Local Rule 16.1(D)(3), that she has conferred with counsel on the following:

1. Establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

2. To consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Plaintiff, Janice Lang, By her attorney,

s/Gary H. Goldberg
GARY H. GOLDBERG, ESQ.
120 Main Street
Worcester, MA 01608
(508) 797-1018
BBO #553 887


s/Janice Lang
Janice Lang, Plaintiff

Dated: April 27, 2005