```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                        )
JANICE LANG,                            )
     Plaintiff,                         )
                                        )
v.                                      ) Docket No. 05-10052-WGY
                                        )
JOHN E. POTTER, POSTMASTER GENERAL,     )
UNITED STATES POSTAL SERVICE,           )
     Defendant.                         )
_____)
```

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, John E. Potter, Postmaster General for the United States Postal Service, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all of Plaintiff Janice Lang's claims.  In support of this Motion, Defendant submits the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, which sets forth the Government's arguments in detail.

                                          Respectfully submitted,

                                          Michael J. Sullivan
                                          United States Attorney

                          BY:   /s/ Damian W. Wilmot
                                DAMIAN W. WILMOT
                                Assistant U.S. Attorney
                                Moakley Federal Courthouse
                                One Courthouse Way, Suite 9200
                                Boston, MA 02110
Dated: March 27, 2006           (617) 748-3398