```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                      )
JANICE LANG,                          )
     Plaintiff,                       )
                                      )
v.                                    ) Docket No. 05-10052-WGY
                                      )
JOHN E. POTTER, POSTMASTER GENERAL,   )
UNITED STATES POSTAL SERVICE,         )
     Defendant.                       )
_____)
```

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM
OF LAW IN EXCESS OF TWENTY PAGES (ASSENTED TO)**

Defendant, John E. Potter, Postmaster General for the United States Postal Service, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby move for leave from Local Rule 7.1(B)(4) to file a Memorandum of Law in Support of its Motion for Summary Judgment that exceeds twenty (20) pages.  The government believes that the memorandum, which is only twenty-six (26) pages, clarifies the issues before the Court and will assist it in reaching a decision on its motion for summary judgment.

```
                         Respectfully submitted,

                         Michael J. Sullivan
                         United States Attorney

                    BY:   /s/ Damian W. Wilmot
                         DAMIAN W. WILMOT
                         Assistant U.S. Attorney
                         Moakley Federal Courthouse
                         One Courthouse Way, Suite 9200
                         Boston, MA 02110
Dated: March 27, 2006    (617) 748-3398
```

**CERTIFICATION UNDER L.R. 7.1**

    I certify that in accordance with Local Rule 7.1, on March 24, 2006, I conferred with Plaintiff's counsel and he assented to the filing of this motion.

                                          /s/ Damian W. Wilmot
                                          DAMIAN W. WILMOT
                                          Assistant U.S. Attorney