# United States District Court
# District of Massachusetts

**JANICE E. LANG,**
    Plaintiff,

v.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2005-10052-WGY

**JOHN E. POTTER, ETC,**
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On April 28, 2006, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION |
| \_\_\_\_\_ | MINI-TRIAL | \_\_\_\_\_ | SUMMARY JURY TRIAL |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendant's counsel participated; the plaintiff Janet Lang was present.

[X]   There was some progress but no settlement. However, counsel prefer to continue negotiations without the aid of a mediator. The case should be restored to your trial list.

April 28, 2006　　　　　　　　　　　　*Robert B. Collings*
DATE　　　　　　　　　　　　　　　　ROBERT B. COLLINGS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy to:　　Judge Young
　　　　　　Rebecca Tyler, Esquire,
　　　　　　Counsel for all parties.