## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-10052-WGY</u>

LANG
Plaintiff

v.

POTTER
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, D.J.


The Court having been advised on 6/9/06 that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.


By the Court,

/s/ Elizabeth Smith

_____

Deputy Clerk


June 9, 2006


To: All Counsel