UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
JANICE LANG,                        )
     Plaintiff,                     )
                                    )
v.                                  ) Docket No. 05-10052-WGY
                                    )
JOHN E. POTTER, POSTMASTER GENERAL, )
UNITED STATES POSTAL SERVICE,       )
     Defendant.                     )
_____)
```

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties are pleased to report that this case has settled. Pursuant to Fed. R. Civ. P. 41(a)(1), the parties move this Honorable Court to dismiss this action with prejudice and without costs.

Respectfully submitted,

JANICE LANG,                          JOHN E. POTTER, Postmaster General,

By her Attorney,                      By his Attorneys,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

by permission
/s/ Gary H. Goldberg                  /s/ Damian W. Wilmot
Gary H. Goldberg, Esq.                Damian W. Wilmot
120 Main Street                       Assistant U.S. Attorney
Worcester, MA 01608                   1 Courthouse Way, Suite 9200
(508) 797-1018                        Boston, MA 02110
                                      (617) 748-3398

Dated: August 21, 2006

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: August 21, 2006          /s/ Damian W. Wilmot
                                            Damian W. Wilmot
                                            Assistant U.S. Attorney